JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMIDULAH SARWARY,<br><br>Petitioner,<br><br>v.<br><br>PEGGY LLAMAS,<br><br>Respondent. | Case No. CV 2:24-07469 JFW (RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: September 17, 2024

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE